UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| **CLAYTON DRUMMOND, MICHAEL DEMINDS, and RONALD WARREN,** *Individually and On Behalf of All Others Similarly Situated,* <br><br> *Plaintiffs,* <br><br> vs. <br><br> **ASPIRE BEHAVIORAL CONNECTIONS, LLC and SPENCER P. ARRINGTON.** <br><br> *Defendants.* | Civil Case No.: 1:22-cv-03274-BG |

## ORDER

This JOINT MOTION FOR JUDICIAL APPROVAL OF SETTLEMENT AND DISMISSAL (ECF No. 39) having come before this Court on the 14th day of August, 2023 and upon good cause shown, it HEREBY ORDERED that the Joint Motion for Approval of Settlement and Dismissal is hereby GRANTED.

_____
Honorable Judge Beth P. Gesner